# IMBLUM LAW OFFICES, P.C.

**Gary J. Imblum**
Jeffrey L. Troutman (of counsel)

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

December 15, 2023

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Richard Eugene Luckabaugh
Chapter 13 - Bankruptcy Case No. 1:23-bk-02615

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

Pinnacle Health Emergency Services
PO Box 88087
Chicago, IL 60680

The Creditor's <u>previous</u> address was as follows:

Pinnacle Health Emergency Services
PO Box 120153
Grand Rapid, MI 49528

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/bd