In re:  Case No. 23-02615-HWV

Richard Eugene Luckabaugh  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 2
Date Rcvd: Jan 03, 2024        Form ID: ntnew341        Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Eugene Luckabaugh, 1148 Canadochly Road, York, PA 17406-8683 |
| 5578714 | + | Lower Windsor Township, c/o Dawn Fitch, 57 New Bridgeville Road, Wrightsville, PA 17368-9093 |
| 5578715 | + | MedCare Susquehanna Valley, 381 Independence Avenue, Suite 106, Mechanicsburg, PA 17055-6105 |
| 5578717 | + | Michael S. Travis, 3904 Trindle Road, Camp Hill, PA 17011-4246 |
| 5578718 | + | Michael S. Travis, Esquire, 3904 East Trindle Road, Camp Hill, PA 17011-4246 |
| 5578719 | | Peerless Credit Services, 1100 Spring Garden Drive, Ste D, Middletown, PA 17057-3230 |
| 5578722 | + | Pinnacle Health Emergency Serv, PO Box 88087, Chicago, IL 60680-1087 |
| 5578723 | + | Progressive Preferred Insurance Com, 3950 Hartzdale Drive, Camp Hill, PA 17011-7828 |
| 5578725 | | Susquehanna Valley EMS, 2821 SW 17TH PL, CAPE CORAL FL 33914-4016 |
| 5578726 | + | UPMC, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5578727 | + | Wellspan Physician Billing, PO Box 742641, Cincinnati, OH 45274-2641 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5578709 | + | Email/Text: Bankruptcy@BAMcollections.com | Jan 03 2024 18:43:00 | Bureau of Account Management, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5578710 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 03 2024 18:43:00 | CCS, Green Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5578711 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2024 18:46:00 | CitiFinancial, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5578712 | | Email/Text: dylan.succa@commercialacceptance.net | Jan 03 2024 18:43:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5578707 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 03 2024 18:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5578713 | ^ | MEBN | Jan 03 2024 18:39:29 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5578716 | + | Email/Text: unger@members1st.org | Jan 03 2024 18:43:00 | Members First Federal Credit Union, Attn: Bankruptcy Deptartment, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5578708 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 03 2024 18:43:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5578720 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 03 2024 18:43:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5578721 | + | Email/PDF: ebnotices@pnmac.com | Jan 03 2024 19:02:15 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5578724 | + | Email/PDF: clerical@simmassociates.com | Jan 03 2024 19:03:07 | SIMM Associates, 800 Pencader Drive, Newark, |

DE 19702-3354

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Richard Eugene Luckabaugh gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Richard Eugene Luckabaugh, <br> aka Lucky Luckabaugh, aka Rich Luckabaugh, | Chapter | 13 |
|---|---|---|
| **Debtor 1** | Case No. | 1:23−bk−02615−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885 <br><br> For additional meeting information go to https://www.justice.gov/ust/moc | Date: March 7, 2024 <br><br> Time: 08:30 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 3, 2024 |

ntnew341 (09/23)