| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Richard Eugene Luckabaugh** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:23-bk-02615** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $ 225,500.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | $ 6,427.21 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $ 231,927.21 |

### Part 2: Summarize Your Liabilities

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 215,368.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $ 12,744.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 10,605.10 |
| | **Your total liabilities** | $ 238,717.10 |

### Part 3: Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $ 4,395.02 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ 3,659.19 |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $      **281.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $   0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $   12,744.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $   0.00 |
| 9d. Student loans. (Copy line 6f.) | $   0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $   0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$   0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $   12,744.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

Debtor 1      **Richard Eugene Luckabaugh**
         First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number    **1:23-bk-02615**

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

---

**1.1**

**1148 Canadochly Road**
Street address, if available, or other description

**York**      **PA**      **17406-0000**
City       State       ZIP Code

**York**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Value per market analysis - see attached.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$225,000.00** | **$225,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property
(see instructions)

---

**1.2**

**If you own or have more than one, list here:**

Rest Haven Cemetery

Street address, if available, or other description



City                    State        ZIP Code



County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

■ Other    **(1) cemetery plot**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Co-owned with Donna Wright, ex-girlfriend)**
**Value per Debtor**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $500.00 | $500.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................=>**    | $225,500.00 |

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

**3.1**   Make:   **Harley Davidson**

Model:   **Sportster 883**

Year:   **2004**

Approximate mileage:   **8,000**

Other information:

**Vehicle is currently not running. Value per Debtor.**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000.00 | $1,000.00 |

**3.2**   Make:   **Ford**

Model:   **Ranger**

Year:   **1999**

Approximate mileage:   **250,000**

Other information:

**Vehicle is currently running and inspected but not roadworthy. Value per Debtor**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $600.00 | $600.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmaps, motorcycle accessories

   ■ No
   ☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**...........................................................=>    $1,600.00

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Furniture, appliances, riding mower, tools, and miscellaneous household goods | $2,700.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| Electronics | $400.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| Guitar | $13.50 |
|---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| Men's clothing | $300.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes.  Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| Dog and cat | $100.00 |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

|  |
|---|
| $3,513.50 |

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes........................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes......................                          Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **checking** | **Members First Federal Credit Union** | $1,308.71 |
| 17.2. | **savings** | **Members First Federal Credit Union** | $5.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................                    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
    Name of entity:                                    % of ownership:

| **Lucky 1, LLC (client never conducted business under this name) (no assets)** | **100%** | % | $0.00 |
|---|---|---|---|

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
                        Issuer name:

**21. Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                        Type of account:                Institution name:

**22. Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

                                                                _____

**29. Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
                benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No

☐ Yes. Name the insurance company of each policy and list its value.

Company name:                     Beneficiary:                     Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
■ No
☐ Yes. Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................

**$1,313.71**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ....................................

**$0.00**

Debtor 1  **Richard Eugene Luckabaugh**                                Case number *(if known)*  **1:23-bk-02615**

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

55.  **Part 1: Total real estate, line 2** ........................................................................................................  **$225,500.00**

56.  **Part 2: Total vehicles, line 5**                                                       **$1,600.00**

57.  **Part 3: Total personal and household items, line 15**              **$3,513.50**

58.  **Part 4: Total financial assets, line 36**                                  **$1,313.71**

59.  **Part 5: Total business-related property, line 45**                      **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**          **$0.00**

61.  **Part 7: Total other property not listed, line 54**          +          **$0.00**

62.  **Total personal property.** Add lines 56 through 61...          **$6,427.21**          Copy personal property total          **$6,427.21**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                          **$231,927.21**

Official Form 106A/B                          Schedule A/B: Property                          page 7

# Comparative Market Analysis



Researched and prepared by

Susan Hilterbrick

Prepared exclusively for

Richard Luckabaugh

Subject Property

1148 Canadochly Rd

York, PA 17406



**Susan Hilterbrick**
House Broker Realty LLC
1915 E Market St E
York, PA 17402
(717) 880-9886
shilterbrick@gmail.com

Copyright: BRIGHT MLS© 2023 All rights reserved.

This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.


Susan Hilterbrick
House Broker Realty LLC
Office Ph: (717) 757-9999
Ph: (717) 880-9886

# CMA Price Adjustments

Tuesday, December 12, 2023

This page outlines the subject property versus comparables properties.

  

| | Subject Property | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| | **1148 Canadochly Rd** | **308 Rudy Rd** | | **212 Barcroft Rd** | |
| MLS# | 1003358141 | PAYK2049812 | | PAYK2048014 | |
| Status | Closed | Pending | | Closed | |
| Prop Type | Residential | Residential | | Residential | |
| City | York | York | | York | |
| Sch District | Eastern York | Eastern York | | Eastern York | |
| Subdiv/Neigh | LOWER WINDSOR | HELLAM | | LOWER WINDSOR TWP | |
| Ownership | Fee Simple | Fee Simple | | Fee Simple | |
| Style | Ranch/Rambler | Ranch/Rambler | | Ranch/Rambler | |
| Structure Type | Detached | Detached | | Detached | |
| Year Built | 1959 | 1970 | | 1959 | |
| Taxes/Tax Yr | $0.00 | $4,981 / 2022 | | $3,732 / 2023 | |
| Assessed Val | $130,140 | $143,640 | | $111,830 | |
| List Date | 11/6/2013 | 10/02/2023 | | 08/31/2023 | |
| Closed Date | 12/3/2014 | | | 10/31/2023 | |
| DOM/CDOM | 125/-- | 8/8 | | 28/28 | |
| List Price | $183,500 | $265,000 | | $229,995 | |
| Closed Price | $183,500 | | | $239,995 | |
| Concessions | | | | $0 | |
| Abv Grd FinSF | 1805 | 1,902 | -1,940 | 1,584 | 4,420 |
| Blw Grd FinSF | 240 | 0 | 2,400 | 0 | 2,400 |
| $/SqFt | $101.66 | $139.33 | | $151.51 | |
| Acres | 2.13 | 0.690 | 7,000 | 0.410 | 7,000 |
| Beds | 3 | 3 | | 3 | |
| Baths | 1 / 1 | 1 / 1 | | 1 | 0/1,500 |
| Bsmnt Type | Partial | Full, Unfinished | | Full | |
| Garage Spcs | | 0 | | 0 | |
| Parking | | | | | |
| Fireplaces | 3 | 2 | 2,000 | 1 | 4,000 |
| Cooling | Central A/C | Ceiling Fan(s), Central A/C | | No Cooling | 4,000 |
| Heating | Forced Air | Forced Air, Hot Water | | Baseboard - Hot Water | |
| Water | Well | Well | | Public, Well | |
| Sewer | Septic Exists | On Site Septic | | On Site Septic | |
| Waterfront | No | No | | No | |
| Pool | No Pool | No Pool | | No Pool | |

| | Price | Total Adjustments | Adjusted Price |
|---|---|---|---|
| | $265,000 | $9,460 | $274,460 |
| | $239,995 | $23,320 | $263,315 |

©2023 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Susan Hilterbrick**
House Broker Realty LLC



Susan Hilterbrick
House Broker Realty LLC
Office Ph: (717) 757-9999
Ph: (717) 880-9886

# CMA Price Adjustments

This page outlines the subject property versus comparables properties.





| **Subject Property** | | **Details** | **Adjust** | **Details** | **Adjust** |
|---|---|---|---|---|---|
| **1148 Canadochly Rd** | | **661 Riverview Ct** | | **844 Elham Dr** | |
| MLS# | 1003358141 | PAYK2046648 | | PAYK2038488 | |
| Status | Closed | Closed | | Closed | |
| Prop Type | Residential | Residential | | Residential | |
| City | York | York | | York | |
| Sch District | Eastern York | Eastern York | | Eastern York | |
| Subdiv/Neigh | LOWER WINDSOR | HELLAM TWP | | NONE AVAILABLE | |
| Ownership | Fee Simple | Fee Simple | | Fee Simple | |
| Style | Ranch/Rambler | Raised Ranch/Rambler, Ranch/R: | | Ranch/Rambler | |
| Structure Type | Detached | Detached | | Detached | |
| Year Built | 1959 | 1964 | | 1979 | |
| Taxes/Tax Yr | $0.00 | $6,145 / 2023 | | $4,137 / 2022 | |
| Assessed Val | $130,140 | $178,230 | | $124,880 | |
| List Date | 11/6/2013 | 08/06/2023 | | 03/23/2023 | |
| Closed Date | 12/3/2014 | 09/14/2023 | | 06/16/2023 | |
| DOM/CDOM | 125/-- | 3/3 | | 6/6 | |
| List Price | $183,500 | $264,900 | | $274,900 | |
| Closed Price | $183,500 | $275,000 | | $303,000 | |
| Concessions | | $0 | | $0 | |
| Abv Grd FinSF | 1805 | 2,587 | -15,640 | 1,120 | 13,700 |
| Blw Grd FinSF | 240 | 0 | 2,400 | 500 | -2,600 |
| $/SqFt | $101.66 | $106.30 | | $270.54 | |
| Acres | 2.13 | 2.000 | | 0.720 | 7,000 |
| Beds | 3 | 5 | -4,000 | 3 | |
| Baths | 1 / 1 | 3 | -7,000/1,50 | 2 | -3,500/1,50 |
| Bsmnt Type | Partial | Full, Heated, Improved, Interior Ac | | Full | |
| Garage Spcs | | 1 | -4,000 | 2 | -7,000 |
| Parking | | Concrete Driveway, Private, Unde | | | |
| Fireplaces | 3 | 1 | 4,000 | 1 | 4,000 |
| Cooling | Central A/C | Ceiling Fan(s), Ductless/Mini-Split | 3,500 | Central A/C | |
| Heating | Forced Air | Baseboard - Electric, Hot Water, F | | 90% Forced Air, Wood Burn Stove | |
| Water | Well | Well | | Well | |
| Sewer | Septic Exists | On Site Septic | | On Site Septic | |
| Waterfront | No | No | | No | |
| Pool | No Pool | No Pool | | No Pool | |

| | | | |
|---|---|---|---|
| **Price** | | **$275,000** | **$303,000** |
| **Total Adjustments** | | **$-19,240** | **$13,100** |
| **Adjusted Price** | | **$255,760** | **$316,100** |

©2023 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Susan Hilterbrick**

House Broker Realty LLC



**Susan Hilterbrick**
House Broker Realty LLC
Office Ph: (717) 757-9999
Ph: (717) 880-9888

# CMA Pro Report

These pages give a general overview of the selected properties.

## 308 Rudy Rd, York, PA — Pending — $265,000

| | | | |
|---|---|---|---|
| MLS #ID: | PAYK2049812 | Beds: | 3 |
| Prop Type: | Residential | Baths: | 1 / 1 |
| Structure Type: | Detached | | |
| County: | York, PA | AbvGrdFinSF: | 1,902 / Assessor |
| Municipality: | | Lot Size: | 1a / 30,000.00sf |
| MLS Area: | Hellam Twp | Lot Dim: | |
| Subdiv/Ngh: | HELLAM | Condo/HOA: | $0 |
| School Dist: | Eastern York | New Constr: | No |
| Ownership: | Fee Simple | Year Built: | 1970 |
| Garage Spaces: | 0 | Basement: | Yes / Full, Unfinished |
| Parking: | | Waterfront: | No |
| Condition: | | Dock Type: | |

Sale Type: Standard

**Remarks:** Welcome to a lovely 3 bedroom, 1 and a half bath, brick style rancher located in Hellam township. Walking into a cozy open floor plan of the living room, dining room and kitchen. A sun room with a fireplace and a cathedral ceiling with plenty of natural light. The full bathroom has a jetted Jacuzzi tub perfect for relaxing and a stand alone shower. Additional area near the back door, great for entertaining guests or a in home work shop. Full unfinished basement with separating areas with shelving and storage space as well as a mechanic shed towards the back of the yard. This is a must see!

## 212 Barcroft Rd, York, PA — Closed — $229,995

| | | | | | |
|---|---|---|---|---|---|
| MLS #ID: | PAYK2048014 | Beds: | 3 | Cls Price: | $239,995 |
| Prop Type: | Residential | Baths: | 1 | Cls Date: | 10/31/2023 |
| Structure Type: | Detached | | | Concessions: | $0 |
| County: | York, PA | AbvGrdFinSF: | 1,584 / Assessor | | |
| Municipality: | | Lot Size: | 0a / 18,034.00sf | | |
| MLS Area: | Lower Windsor Twp | Lot Dim: | | | |
| Subdiv/Ngh: | LOWER WINDSOR TWP | Condo/HOA: | $0 | | |
| School Dist: | Eastern York | New Constr: | No | | |
| Ownership: | Fee Simple | Year Built: | 1959 | | |
| Garage Spaces: | 0 | Basement: | Yes / Full | | |
| Parking: | | Waterfront: | No | | |
| Condition: | | Dock Type: | | | |

Sale Type: Standard

**Remarks:** Solid Rancher on quiet street in Eastern York School District!!! Plenty of room in this 3 bedroom home on just under a half acre. Serene lot with peaceful gazebo and great three seasons room for relaxing. This well cared for home is sure to please!

©2023 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Susan Hilterbrick**

House Broker Realty LLC




## Summary Information

| | | | |
|---|---|---|---|
| Owner: | Richard E Luckabaugh | Property Class: | Residential |
| Owner Address: | 1148 Canadochly Rd | Annual Tax: | $4,344 |
| Owner City State: | YORK PA | Record Date: | 12/04/14 |
| Owner Zip+4: | 17406-8683 | Settle Date: | 12/03/14 |
| Owner Occupied: | Yes | Sale Amount: | $183,500 |
| Owner Carrier Rt: | R012 | Book: | 2301 |
| | | Page: | 7120 |
| | | Doc Num: | 53787 |
| | | Tax Record Updated: | 09/23/23 |

## Geographic Information

| | | | |
|---|---|---|---|
| County: | York, PA | Lot: | 0115 |
| Municipality: | Lower Windsor Twp | Sub Section: | L WINDSO |
| High Sch Dist: | Eastern York | | |
| Tax ID: | 35-000-JL-0115-00-00000 | | |
| Tax Map: | JL | | |
| Tax ID Alt: | 35-000-JL-0115-00-00000 | | |

## Assessment & Tax Information

| | | | | | |
|---|---|---|---|---|---|
| Tax Year: | 2023 | Annual Tax (Est): | $4,344 | Total Land Asmt: | $44,530 |
| County Tax: | $897 | | | Total Bldg Asmt: | $85,610 |
| Municipal Tax: | $169 | | | Total Asmt: | $130,140 |
| School Tax (Est): | $3,276 | | | Taxable Total Asmt: | $130,140 |
| Asmt As Of: | 2023 | | | | |

## Lot Characteristics

| | | | |
|---|---|---|---|
| SQFT: | 92,913 | Traffic: | Medium |
| Acres: | 2.1330 | County Location: | Neighborhood/Spot |
| Roads: | Paved | | |
| Topography: | Level | | |

## Building Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Total SQFT: | 1,805 | Total Rooms: | 6 | Basement Type: | Partial |
| Residential Type: | Single/Det | Bed Rooms: | 3 | Gas: | Public |
| Residential Design: | 1 Story | Full Baths: | 1 | Water: | Public |
| Stories: | 1.00 | Total Baths: | 1.5 | Sewer: | Public |
| Abv Grd Fin SQFT: | 1,805 | Family Room: | 1 | Year Built: | 1959 |
| Abv Grd Unfin SQFT: | 0 | Total Fixtures: | 7 | Fireplace Stacks: | 3 |
| Part Baths: | 1 | Exterior: | Brick | Fuel On Site: | Elec |
| Fireplace Total: | 3 | Bsmt Rec Rm SQFT: | 300 | Heat Fuel: | Oil |
| Attic Type: | None | Residential Style: | Ranch/Ranchette | Other Structure: | Barn/Farm Bldg |
| Cooling: | Central Air | Fireplace: | Yes | | |
| Bldg Condition: | Good | Heat Delivery: | Hot/Warm Air | | |

## Improvements or Outbuildings

## Land Characteristics

Land Type: Primary Site     Land Size: 1     Land Measurement: Acres
Land Type: Residual     Land Size: 1.133     Land Measurement: Acres

## Codes & Descriptions

Land Use:     101 R – One Story House

Total/Addtl Lots:   1

## MLS History

| MLS Number | Category | Status | Status Date | Price |
|---|---|---|---|---|
| 1003358141 | RES | Closed | 12/03/14 | $183,500 |
| 1005879095 | RES | Expired | 10/12/12 | $224,900 |
| 1005735757 | RES | Expired | 02/29/12 | $224,900 |
| 1004631177 | RES | Expired | 08/01/10 | $279,900 |
| 1004609201 | RES | Expired | 01/31/10 | $279,900 |
| 1004782975 | RES | Expired | 04/03/09 | $279,900 |
| 1004765837 | RES | Expired | 07/03/08 | $319,500 |
| 1004689011 | RES | Expired | 07/02/08 | $319,500 |
| 1005751721 | RES | Expired | 08/31/07 | $329,899 |

### Annual Tax Amounts

| Year | County | Municipal | School | Annual |
|---|---|---|---|---|
| 2023 | $897 | $169 | $3,276 | $4,344 |
| 2022 | $897 | $136 | $3,276 | $4,311 |
| 2021 | $767 | $136 | $3,213 | $4,117 |
| 2020 | $768 | $137 | $3,213 | $4,118 |
| 2019 | $755 | $137 | $3,213 | $4,105 |
| 2018 | $755 | $137 | $3,121 | $4,012 |
| 2017 | $755 | $137 | $3,027 | $3,919 |

### Annual Assessment

| Year | Land | Building | Ttl Taxable | Total Land | Total Bldg | Total Asmt |
|---|---|---|---|---|---|---|
| 2023 | | | $130,140 | $44,530 | $85,610 | $130,140 |
| 2022 | | | $130,140 | $44,530 | $85,610 | $130,140 |
| 2021 | | | $130,140 | $44,530 | $85,610 | $130,140 |
| 2020 | | | $130,140 | $44,530 | $85,610 | $130,140 |
| 2019 | | | $130,140 | $44,530 | $85,610 | $130,140 |
| 2018 | | | $130,140 | $44,530 | $85,610 | $130,140 |
| 2017 | | $85,610 | $130,140 | $44,530 | $85,610 | $130,140 |
| 2000 | $31,510 | $76,340 | $107,850 | | | |
| 1994 | | | $107,850 | | | |

Record Date: 12/04/2014     Book: 2301
Settle Date: 12/03/2014     Page: 7120
Sales Amt: $183,500     Doc Num: 53787
Sale Remarks:
Owner Names: Richard E Luckabaugh

---

Mort Rec Date: 12/15/2021     Lender Name: PENNYMAC LN SVCS LLC PENNYMAC LN SVCS LLC
Mort Date: 10/18/2021     Term: 30
Mort Amt: $214,924     Due Date: 11/01/2051
Remarks: Conv, Fixed

---

Mort Rec Date: 12/04/2014     Lender Name: VETERANS UNITED HM LNS
Mort Date: 12/03/2014     Term: 30
Mort Amt: $189,555     Due Date: 12/01/2044
Remarks: VA

| Record Date: | 01/09/2013 | Book: | 2210 |
|---|---|---|---|
| Settle Date: | 01/01/2013 | Page: | 6784 |
| Sales Amt: | $1 | Doc Num: | 1826 |
| Sale Remarks: | Nominal | | |
| Owner Names: | Brett A & Karen L Markey | | |

| Record Date: | 08/15/1957 | Book: | 45D |
|---|---|---|---|
| Settle Date: | | Page: | 1 |
| Sales Amt: | $200 | Doc Num: | |
| Sale Remarks: | | | |
| Owner Names: | Belvin L & Deanna E Markey | | |



Sketch Information:
TaxID: 35-000-JL-0115-00-00000
Card: 1
Address:
1148 CANADOCHLY RD York
PA 17406-8683 Lower Windsor
Twp
Vector Data:
A1,C,U30,R34,D27,L17,D3,L17,A2,R34,U3,C,U7,R18,D7,L18,A3,U10,R34,C,U20,L10,U17
D37,L18
Room Information:
A : FIRST FLOOR : Main Building
    Area : 969 sq. ft.
B : FIRST FLOOR : ENCLOSE FRAME PORCH
    Area : 126 sq. ft.
C : FIRST FLOOR : FRAME
    Area : 836 sq. ft.

The data on this report is compiled by BRIGHT from various public and private sources. The data on this is not a legal flood determination. Errors may exist in any field on this report, including owner's name, tax amounts, mortgage history, and property characteristics. Verify the accuracy of all data with the county or municipality.

© BRIGHT MLS - Content is reliable but not guaranteed and should be independently verified (e.g., measurements may not be exact; visuals may be modified; school boundaries should be confirmed by

school/district). Any offer of compensation is for MLS subscribers subject to Bright MLS policies and applicable agreements with other MLSs. Copyright 2023. Created: 12/18/2023 06:49 PM



# CMA Pro Report

These pages give a general overview of the selected properties.

## 661 Riverview Ct, York, PA — Closed — $264,900

| Field | Value | | |
|---|---|---|---|
| MLS #ID: | PAYK2046648 | Beds: 5 | Cls Price: $275,000 |
| Prop Type: | Residential | Baths: 3 | Cls Date: 9/14/2023 |
| Structure Type: | Detached | | Concessions: $0 |
| County: | York, PA | AbvGrdFinSF: | 2,587 / Assessor |
| Municipality: | | Lot Size: | 2a / 87,120.00sf |
| MLS Area: | Hellam Twp | Lot Dim: | |
| Subdiv/Ngh: | HELLAM TWP | Condo/HOA: | $0 |
| School Dist: | Eastern York | New Constr: | No |
| Ownership: | Fee Simple | Year Built: | 1964 |
| Garage Spaces: | 1 | Basement: | Yes / Full, Heated, Improved, Ir |
| Parking: | Concrete Driveway, Private, Under He | Waterfront: | No |
| Condition: | Good, Average | Dock Type: | |

Sale Type: Standard

**Remarks:** 2 acres! First time on the market! 1964 built, Brick Raised Rancher style home ready for a new beginning! Located off the beaten path; on a cul de sac. The sellers informed their father built the home by hand and constructed all the intricate storage, shelves, closets, pantry, cabinets, and almost anything wood in the home. TLC and imagination will bring this custom-built charmer from years past into the present! As you come up to the front door and enter, you're met with a large enclosed porch/2 season sunroom. You proceed forward into the foyer and living room where you can get a full view of the land and the valley towards the river. Through the next doors, you enter into the nicely sized eat-in country kitchen with some granite countertop accents, corner booth eat-in seating and then over to the dining room where the original hardwood floors continue. Leading out to sliding glass doors out to the back yard. The home has five bedrooms (2 on the upper lvl and 3 on the main lvl) and 3 original full baths! The basement includes a rec room with a wet bar area equipped with a working small fridge, and a walkout also. Then you proceed over to more recreational space, a small room/office just off to the side, a laundry room with a walkout, more raw space for storage or additional living space, and utilities. Lots of options with all of this square footage. throughout the home you will find lots of storage, closets spaces, nooks and hiding spots! Over to the other side of the basement is the oversized one-car garage with workshop/counter space, a coal room, and another utility room with the boiler, well pump, and tank. The home is equipped with one well, two septic tanks. Part of the property has two pasture areas lined with wood fencing. One was recently used as a horse pasture. The home is minutes from Rte 30, York, Wrightsville, Columbia, and Lancaster. Eastern Sch District by the way! There is no HOA! Enjoy a large home and yard with an area for gardening, scenic views, and a super quiet setting! Selling AS IS, WHERE IT IS!

©2023 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by Susan Hilterbrick
House Broker Realty LLC

Case 1:23-bk-02615-HWV   Doc 18   Filed 01/16/24   Entered 01/16/24 09:01:45   Desc
Main Document   Page 17 of 64

**Susan Hilterbrick**
House Broker Realty LLC
Office Ph: (717) 757-9999
Ph: (717) 880-9886

# CMA Pro Report

These pages give a general overview of the selected properties.

## 844 Elham Dr, York, PA — Closed — $274,900

| | |
|---|---|
| **MLS #ID:** | PAYK2038488 |
| **Prop Type:** | Residential |
| **Structure Type:** | Detached |
| **County:** | York, PA |
| **Municipality:** | |
| **MLS Area:** | Lower Windsor Twp |
| **Subdiv/Ngh:** | NONE AVAILABLE |
| **School Dist:** | Eastern York |
| **Ownership:** | Fee Simple |
| **Garage Spaces:** | 2 |
| **Parking:** | |
| **Condition:** | Excellent |

**Sale Type:** Standard

| | |
|---|---|
| **Beds:** | 3 |
| **Baths:** | 2 |

| | |
|---|---|
| **Cls Price:** | $303,000 |
| **Cls Date:** | 6/16/2023 |
| **Concessions:** | $0 |
| **AbvGrdFinSF:** | 1,120 / Assessor |
| **Lot Size:** | 1a / 31,250.00sf |
| **Lot Dim:** | |
| **Condo/HOA:** | $0 |
| **New Constr:** | No |
| **Year Built:** | 1979 |
| **Basement:** | Yes / Full |
| **Waterfront:** | No |
| **Dock Type:** | |

**Remarks:** Looking for a rancher with a large level lot in impeccable condtion? This 3 bed, 2 bath home in Eastern Schools may be just the ticket. Lovingly maintained by its original owners, you're sure to love the large kitchen, generous master bedroom with its own en-suite, cozy family room with wood stove, and private back yard . Stop by this Sunday between 1&4 for a tour. Sure to sell quickly, call for questions.

©2023 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Susan Hilterbrick**
House Broker Realty LLC

**308 Rudy Rd, York, PA 17406**　　　　　　**Pending**　　　　**Residential**　　　**$265,000**



**Recent Change:**　　**12/07/2023 : Pending : ACT->PND**

| | |
|---|---|
| MLS #: | PAYK2049812 |
| Tax ID #: | 31-000-LK-0110-A0-00000 |
| Ownership Interest: | Fee Simple |
| Structure Type: | Detached |
| Levels/Stories: | 1 |
| Waterfront: | No |
| Garage: | No |

| | |
|---|---|
| Beds: | 3 |
| Baths: | 1 / 1 |
| Above Grade Fin SQFT: | 1,902 / Assessor |
| Assessor AbvGrd Fin SQFT: | 1,902 |
| Price / Sq Ft: | 139.33 |
| Year Built: | 1970 |
| Style: | Ranch/Rambler |
| Central Air: | Yes |
| Basement: | Yes |

### Location

| | |
|---|---|
| County: | York, PA |
| MLS Area: | Hellam Twp - York County (15231) |
| Subdiv / Neigh: | HELLAM |

| | |
|---|---|
| School District: | Eastern York |
| High School: | Eastern York |

### Taxes and Assessment

| | |
|---|---|
| Tax Annual Amt / Year: | $4,981 / 2022 |
| School Tax: | $3,616 |
| County Tax: | $991 / Annually |
| City/Town Tax: | $373 / Annually |
| Clean Green Assess: | No |
| Zoning: | RESIDENTIAL |

| | |
|---|---|
| Tax Assessed Value: | $143,640 / 2023 |
| Land Use Code: | 101 |
| Section: | HELLAM |
| Block/Lot: | 0110 |

### Rooms

| | | Bed | Bath |
|---|---|---|---|
| | Main | 3 | 1 Full, 1 Half |

### Building Info

| | |
|---|---|
| Above Grade Fin SQFT: | 1,902 / Assessor |
| Total Fin SQFT: | 1,902 / Assessor |
| Tax Total Fin SQFT: | 1,902 |
| Total SQFT: | 1,902 / Assessor |
| Foundation Details: | Concrete Perimeter |
| Basement Type: | Full, Unfinished |

| | |
|---|---|
| Construction Materials: | Brick |

### Lot

| | |
|---|---|
| Lot Acres / SQFT: | 0.69a / 30000sf / Assessor |

### Ground Rent

| | |
|---|---|
| Ground Rent Exists: | No |

### Parking

| | |
|---|---|
| Total Parking Spaces | Unknown |

Features: Off Street

### Interior Features

Interior Features: Breakfast Area, Ceiling Fan(s), Dining Area, Floor Plan - Open, Stall Shower, WhirlPool/HotTub, Wood Floors; Fireplace(s): 2, Brick, Metal; Built-In Microwave, Dishwasher, Dryer, Microwave, Oven - Single, Refrigerator, Washer; Accessibility Features: None

### Exterior Features

Exterior Features: Chimney Cap(s); Porch(es); Pool: No Pool; Other Structures: Machine Shed

## Utilities

Utilities:      Ceiling Fan(s), Central A/C; Cooling Fuel: Electric; Heating: Forced Air, Hot Water; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Well; Sewer: On Site Septic

## Remarks

Inclusions:      Refrigerator, microwave,, washer and dryer

Agent:      Due to buyers not being able to get their home under contract, 308 Rudy Rd is back up on the market. The area near the back door was used as a game room and to entertain guests but previous owners used it as a beauty salon . Home inspection and septic report in additional documents. All repairs on invoice from the home inspection report have been done except for the asphalt. *Attention Non-Sentrilock Showing Agents...This property has a Sentrilock LockBox . If you are a non-Sentrilock showing agent, please contact RAYAC at 717-843-7891, Mon-Thurs, 8:30am-4:30pm, Fri 8:30am-4pm, to take advantage of the FREE week of access, via a keycard or mobile app. You will need to complete a form.

Public:      Welcome to a lovely 3 bedroom, 1 and a half bath, brick style rancher located in Hellam township. Walking into a cozy open floor plan of the living room, dining room and kitchen. A sun room with a fireplace and a cathedral ceiling with plenty of natural light. The full bathroom has a jetted Jacuzzi tub perfect for relaxing and a stand alone shower. Additional area near the back door, great for entertaining guests or a in home work shop. Full unfinished basement with separating areas with shelving and storage space as well as a mechanic shed towards the back of the yard. This is a must see!

## Listing Office

Listing Agent:      Talitha Rideout (3351621) (Lic# RS368133)            (717) 318-0850
Listing Agent Email:      trideout@homesale.com
Broker of Record:      Mr. Gary Schlectic (3232771) Click for License
Listing Office:      Berkshire Hathaway HomeServices Homesale Realty (HOMESALE015) (Lic# RB061
         1680 Kenneth Rd, York, PA 17408
Office Manager:      Dolly Bailey (3236560)
Office Phone:      (717) 757-7811            Office Fax:(717) 764-3101

## Showing

Appointment Phone:      1-877-746-9190
Showing Contact:      Service
Contact Name:      ShowingTime
Showing Requirements: 4 Hours Notice
Showing Method:      In-Person Only
Directions:      From US-30 East take exit toward PA-462/Hallam. Turn right onto Kreutz Creek Rd then turn left onto W Market St. Continue onto PA-462 E/Lincoln Hwy then turn left onto Accomac Rd Turn left onto Rudy Rd and the property sits on the conner of Accomac and Rudy Rd

⊙ - Schedule a showing

Lock Box Type:      SentriLock
Lock Box Location:      Front door

## Compensation

For more information about offers of compensation, see BrightMLS.com/offer-comp.

| | | | |
|---|---|---|---|
| Buyer Agency Comp: | 3% Of Gross | Sub Agency Comp: | 3% Of Gross |
| Transaction Broker: | 3% Of Gross | Dual/Var Comm: | No |

## Listing Details

| | | | |
|---|---|---|---|
| Original Price: | $265,000 | Owner Name: | Paula E Schmuck |
| Vacation Rental: | No | DOM / CDOM: | 8 / 8 |
| Listing Agrmnt Type: | Exclusive Right | Original MLS Name: | BRIGHT |
| Prospects Excluded: | No | Off Market Date: | 12/07/23 |
| Listing Service Type: | Full Service | Home Warranty: | No |
| Dual Agency: | Yes | Documents Available: | Inspection Result Available |
| Sale Type: | Standard | | |
| Listing Term Begins: | 10/02/2023 | | |
| Listing Entry Date: | 10/11/2023 | | |
| Possession: | Settlement | | |
| Acceptable Financing: | Cash, Conventional, FHA, VA | | |
| Federal Flood Zone: | No | | |

## Sale/Lease Contract

Selling Agent:      Jessica Shelley (3280884) (Lic# RA347137)          (717) 659-6033
Selling Agent Email:      jessicashelley@howardhanna.com
Selling Office:      Howard Hanna Real Estate Services (121840) (Lic# RO301581)
Responsible Broker:      Jo Anne Freidly (3235135) (Lic# AB065484-PA)
         14625 Mount Airy Rd, Shrewsbury, PA 17361
Office Phone:      (717) 235-6911      Office Fax:          (717) 428-1699
Selling Office Email:      martinheaps@howardhanna.com
Agreement of Sale Dt:      12/06/23      Close Date:      01/12/24
                                            Last List Price:      $265,000.00

**212 Barcroft Rd, York, PA 17406**    Closed | 10/31/23    **Residential**    🏠 **$239,995**



| | | Beds: | 3 |
|---|---|---|---|
| MLS #: | PAYK2048014 | Baths: | 1 |
| Tax ID #: | 35-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-00-00000 | Above Grade Fin SQFT: | 1,584 / Assessor |
| Ownership Interest: | Fee Simple | Assessor AbvGrd Fin SQFT: | 1,584 |
| Structure Type: | Detached | Price / Sq Ft: | 151.51 |
| Levels/Stories: | 1 | Year Built: | 1959 |
| Waterfront: | No | Style: | Ranch/Rambler |
| Garage: | No | Central Air: | No |
| | | Basement: | Yes |

## Location

| | | | |
|---|---|---|---|
| County: | York, PA | School District: | Eastern York |
| MLS Area: | Lower Windsor Twp - York County (15235) | High School: | Eastern York |
| Subdiv / Neigh: | LOWER WINDSOR TWP | Middle/Junior School: | Eastern York |

## Taxes and Assessment

| | | | |
|---|---|---|---|
| Tax Annual Amt / Year: | $3,732 / 2023 | Tax Assessed Value: | $111,830 / 2023 |
| School Tax: | $2,815 | Land Use Code: | 101 |
| County Tax: | $771 / Annually | Section: | L WINDSO |
| City/Town Tax: | $145 / Annually | Block/Lot: | 0003 |
| Clean Green Assess: | No | | |
| Zoning: | RESIDENTIAL | | |

## Rooms

| | | Bed | Bath |
|---|---|---|---|
| | Main | 3 | 1 Full |

## Building Info

| | | | |
|---|---|---|---|
| Above Grade Fin SQFT: | 1,584 / Assessor | Construction Materials: | Brick, Stick Built |
| Total Below Grade SQFT: | 1,400 / Estimated | Below Grade Unfin SQFT: | 1,400 / Estimated |
| Total Fin SQFT: | 1,584 / Assessor | Roof: | Asphalt, Shingle |
| Tax Total Fin SQFT: | 1,584 | | |
| Total SQFT: | 2,984 / Estimated | | |
| Foundation Details: | Block | | |
| Basement Type: | Full | | |

## Lot

Lot Acres / SQFT:    0.41a / 18034sf / Assessor

## Parking

Total Parking Spaces    Unknown    Features:    Driveway, Off Street

## Interior Features

Interior Features:    Fireplace(s): 1; Accessibility Features: 2+ Access Exits; Laundry Hookup

## Exterior Features

Exterior Features:    Pool: No Pool; Other Structures: Gazebo, Shed

## Utilities

Utilities:    No Cooling; Cooling Fuel: None; Heating: Baseboard - Hot Water; Heating Fuel: Oil; Hot Water: Electric; Water Source: Public, Well; Sewer: On Site Septic

## Remarks

| Agent: | Estate disclosure will be uploaded upon receipt. Buyer and Buyer's Agent to verify all information and sqft. Please submit all offers with offer cover letter and buyer's disclosure located in the associated documents. Please contact LA Liz Hamberger with any questions at 717-577-0814 or lizhamberger@gmail.com. |
| --- | --- |
| Public: | Solid Rancher on quiet street in Eastern York School District!!! Plenty of room in this 3 bedroom home on just under a half acre. Serene lot with peaceful gazebo and great three seasons room for relaxing. This well cared for home is sure to please! |

## Listing Office

| | | |
| --- | --- | --- |
| List Team Name: | Liz Hamberger Team | |
| Listing Agent: | Liz Hamberger (3236324) (Lic# AB068074) | (717) 577-0814 |
| Listing Agent Email: | lizhamberger@gmail.com | |
| Broker of Record: | Michael McGavisk (3236348) Click for License | |
| Listing Office: | Keller Williams Keystone Realty (KLRWMS) (Lic# RB066690) | |
| | 2610 Course Rd S, York, PA 17402 | |
| Office Phone: | (717) 755-5599 | Office Fax:(717) 755-5590 |

## Directions

From Mt Rose Ave. Continue onto E Prospect Rd. Continue straight onto PA-124 E/E Prospect Rd. Turn right onto Barcroft Rd.

## Compensation

For more information about offers of compensation, see BrightMLS.com/offer-comp.

| | | | |
| --- | --- | --- | --- |
| Buyer Agency Comp: | 2.5% Of Gross | Sub Agency Comp: | 0% Of Gross |
| Transaction Broker: | 0% Of Gross | Dual/Var Comm: | No |

## Listing Details

| | | | |
| --- | --- | --- | --- |
| Original Price: | $239,995 | Previous List Price: | $238,995 |
| Vacation Rental: | No | Owner Name: | Owner of Record |
| Listing Agrmnt Type: | Exclusive Right | DOM / CDOM: | 28 / 28 |
| Prospects Excluded: | No | Original MLS Name: | BRIGHT |
| Listing Service Type: | Full Service | Off Market Date: | 11/01/23 |
| Dual Agency: | Yes | | |
| Sale Type: | Standard | | |
| Listing Term Begins: | 08/31/2023 | | |
| Listing Entry Date: | 08/31/2023 | | |
| Possession: | Settlement | | |
| Acceptable Financing: | Cash, Conventional, FHA, USDA, VA | | |
| Federal Flood Zone: | No | | |

## Sale/Lease Contract

| | | | |
| --- | --- | --- | --- |
| Selling Agent: | Devin Bolton (3298059) (Lic# RS351580) | | (443) 808-7971 |
| Selling Agent Email: | devinboltonrealtor@gmail.com | | |
| Selling Office: | Howard Hanna Real Estate Services - Lancaster (107955) (Lic# RO302259) | | |
| Broker of Record: | Jo Anne Freidly (3235135) | | |
| | 1580 Fruitville Pike Ste, Lancaster, PA 17601 | | |
| Office Phone: | (717) 392-0200 | Office Fax: | (717) 397-1819 |
| Selling Office Email: | joannefreidly@howardhanna.com | | |
| Concessions: | No | | |
| Agreement of Sale Dt: | 09/27/23 | Close Date: | 10/31/23 |
| Close Sale Type: | Standard Sale | Close Price: | $239,995.00 |
| Buyer Financing: | FHA | Last List Price: | $229,995.00 |

© BRIGHT MLS - Content is reliable but not guaranteed and should be independently verified (e.g., measurements may not be exact; visuals may be modified; school boundaries should be confirmed by

school/district). Any offer of compensation is for MLS subscribers subject to Bright MLS policies and applicable agreements with other MLSs. Copyright 2023. Created: 12/12/2023 06:56 PM



**661 Riverview Ct, York, PA 17406**      **Closed | 09/14/23**      **Residential**      🏠 **$275,000**



| | |
|---|---|
| MLS #: | PAYK2046648 |
| Tax ID #: | 31-000-LK-0166-00-00000 |
| Ownership Interest: | Fee Simple |
| Structure Type: | Detached |
| Levels/Stories: | 2 |
| Furnished: | No |
| Waterfront: | No |
| Views: | Panoramic, Pasture, Trees/Woods, Valley |
| Garage: | Yes |

| | |
|---|---|
| Beds: | 5 |
| Baths: | 3 / 0 |
| Above Grade Fin SQFT: | 2,587 / Assessor |
| Assessor AbvGrd Fin SQFT: | 2,587 |
| Price / Sq Ft: | 106.30 |
| Year Built: | 1964 |
| Property Condition: | Good, Average |
| Style: | Raised Ranch/Rambler, Ranch/Rambler |
| Central Air: | No |
| Basement: | Yes |

### Location

| | |
|---|---|
| County: | York, PA |
| MLS Area: | Hellam Twp - York County (15231) |
| Subdiv / Neigh: | HELLAM TWP |

| | |
|---|---|
| School District: | Eastern York |
| High School: | Eastern York |
| Middle/Junior School: | Eastern York |
| Cross Street: | Chimney Rock Road |

### Taxes and Assessment

| | |
|---|---|
| Tax Annual Amt / Year: | $6,145 / 2023 |
| School Tax: | $4,487 / Annually |
| County Tax: | $1,229 / Annually |
| City/Town Tax: | $463 / Annually |
| Clean Green Assess: | No |
| Front Foot Fee: | Annually |
| Municipal Trash: | No |
| Agricultural Tax Due: | No |
| Zoning: | RURAL AGRICULTURE |
| Zoning Description: | Agriculture |
| Tax Book: | 53U, Page 461 |

| | |
|---|---|
| Tax Assessed Value: | $178,230 / 2023 |
| Imprv. Assessed Value: | $134,230 |
| Land Assessed Value: | $44,000 |
| Historic: | No |
| Land Use Code: | 101-R |
| Section: | HELLAM |
| Block/Lot: | 0166 |

### Rooms

| | | | Bed | Bath |
|---|---|---|---|---|
| | | Main | 3 | 2 Full |
| | | Upper 1 | 2 | 1 Full |

| | | |
|---|---|---|
| Bedroom 4: | Upper 1 | Flooring - Carpet |
| Bedroom 5: | Upper 1 | Flooring - Carpet |
| Full Bath: | Upper 1 | Flooring - Vinyl, Tub Shower |
| Sun/Florida Room: | Main | Flooring - Tile |
| Kitchen: | Main | Chair Rail, Countertop(s) - Granite, Countertop(s) - Solid Surface, Flooring - HardWood, Flooring - Vinyl, Island, Kitchen - Eat-in, Kitchen - Electric Cooking |
| Living Room: | Main | Fireplace - Gas, Flooring - HardWood, Flooring - Laminated |
| Other: | Main | Flooring - Vinyl |
| Primary Bedroom: | Main | Flooring - HardWood |
| Primary Bathroom: | Main | Flooring - Slate, Tub Shower |
| Bedroom 2: | Main | Flooring - HardWood |
| Bedroom 3: | Main | Flooring - HardWood |
| Full Bath: | Main | Flooring - Slate, Tub Shower |
| Basement: | Lower 1 | |
| Recreation Room: | Lower 1 | Flooring - Concrete, Flooring - Slate, Wet Bar, Wood Stove |
| Laundry: | Lower 1 | |

| Bonus Room: | Lower 1 |
|---|---|
| Bonus Room: | Lower 1 |

## Building Info

| | | | |
|---|---|---|---|
| Builder Name: | B Alex Siegfried | Floors In Unit Count: | 3 |
| Above Grade Fin SQFT: | 2,587 / Assessor | Main Entrance Orientation: | West |
| Total Fin SQFT: | 2,587 / Assessor | Construction Materials: | Block, Brick, Frame |
| Tax Total Fin SQFT: | 2,587 | Flooring Type: | Concrete, Hardwood, Laminated |
| Total SQFT: | 2,587 / Estimated | Roof: | Shingle |
| Wall & Ceiling Types: | Block Walls, Dry Wall, Masonry, Unfinished Walls | Basement Finished: | 40% |
| Foundation Details: | Block, Brick/Mortar, Permanent, Stone | | |
| Basement Type: | Full, Heated, Improved, Interior Access, Partial, Partially Finished, Poured Concrete, Unfinished, Walkout Level, Windows | | |
| Basement Footprint: | 80% | | |

## Lot

| | | | |
|---|---|---|---|
| Lot Acres / SQFT: | 2a / 87120sf / Assessor | Soil Types: | Unknown |
| Additional Parcels: | No | Road: | Access - On Grade, Concrete / Boro/Township, City/County, State |
| Views: | Panoramic, Pasture, Trees/Woods, Valley | Lot Features: | Additional Lot(s), Backs to Trees, Cleared, Cul-de-sac, Front Yard, Irregular, Landscaping, No thru street, Partly Wooded, Private, Rear Yard, Rural, SideYard(s), Sloping, Trees/Wooded |
| Fencing: | Wood | | |
| Location Type: | Rural | | |

## Ground Rent

| | |
|---|---|
| Ground Rent Exists: | No |

## Parking

| | | | |
|---|---|---|---|
| Attached Garage - # of Spaces | 1 | Features: | Attached Garage, Driveway, Off Street, Additional Storage Area, Basement Garage, Built In Garage, Garage - Side Entry, Inside Access, Oversized Garage, Concrete Driveway, Private, Under Home Parking |
| Driveway - # of Spaces | 7 | | |
| Off Street - # of Spaces | 1 | | |
| **Total Parking Spaces** | **9** | | |

## Interior Features

Interior Features: Built-Ins, Butlers Pantry, Carpet, Chair Railings, Combination Kitchen/Dining, Dining Area, Entry Level Bedroom, Floor Plan-Traditional, Kitchen - Eat-In, Kitchen - Island, Kitchen - Table Space, Other, Pantry, Primary Bath(s), Tub Shower, Upgraded Countertops, Wet/Dry Bar, Window Treatments, Wood Floors; Fireplace(s): 1, Gas/Propane, Wood; Cooktop, Dishwasher, Microwave, Oven - Double, Oven - Wall, Oven/Range - Electric, Refrigerator, Washer, Water Heater; Accessibility Features: Level Entry - Main; Carbon Monoxide Detector(s), Main Entrance Lock, Smoke Detector; Window Features: Replacement, Vinyl Clad, Wood Frame; Basement Laundry, Laundry Hookup

## Exterior Features

Exterior Features: Outbuilding(s); Patio(s); Pool: No Pool; Other Structures: Shed

## Utilities

Utilities: Cable TV Available, Electric Available, Phone Available, Sewer Available, Water Available; Ceiling Fan(s), Ductless/Mini-Split, Window Unit(s); Cooling Fuel: Electric; Electric Service: 100 Amp Service; Heating: Baseboard - Electric, Hot Water, Hot Water & Baseboard - Electric, Radiator, Steam, Wood Burn Stove; Heating Fuel: Oil, Wood; Hot Water: 60+ Gallon Tank, Electric; Water Source: Well; Sewer: On Site Septic; Internet Services: Cable, Satellite

## Remarks

Inclusions: REFRIGERATOR, (2) BIN OVENS, WASHER, BSMT FIREPLACE STOVE, BAR REFRIGERATOR, MINI SPLIT UNIT, AC WINDOW UNITS

Exclusions: SELLERS PERSONAL BELONGINGS

Agent: Home selling As-Is! Buyers agent to verify taxes and square footage. Combo LB on pole with satellite sitting on around to the lower side of the home. This home is being sold from within a trust and seller/Executrix will do no repairs. Inspections are for informational purposes only. One well and two septics on the land. The Shed is not complete. No CAC, window units will be needed. There is a mini split-zoned system in the Primary bedroom. Various replaced windows throughout the home. The Sunroom lights are motion detected and will turn on on their own. Do not try and turn them off. Seller is not responsible or cannot guarantee the accuracy of the property line and actual size of the lot. They know the father purchased an extra lot for more space/buffer from any neighbors moving in at the time. Working on getting documents to show the plot. Fun info...Seller and Family Member informs upstairs, there are various crawl spaces in the walls where they could crawl from one to the other side of the two bedrooms.

Public:
2 acres! First time on the market! 1964 built, Brick Raised Rancher style home ready for a new beginning! Located off the beaten path; on a cul de sac. The sellers informed their father built the home by hand and constructed all the intricate storage, shelves, closets, pantry, cabinets, and almost anything wood in the home. TLC and imagination will bring this custom-built charmer from years past into the present! As you come up to the front door and enter, you're met with a large enclosed porch/2 season sunroom. You proceed forward into the foyer and living room where you can get a full view of the land and the valley towards the river. Through the next doors, you enter into the nicely sized eat-in country kitchen with some granite countertop accents, corner booth eat-in seating and then over to the dining room where the original hardwood floors continue. Leading out to sliding glass doors out to the back yard. The home has five bedrooms (2 on the upper lvl and 3 on the main lvl) and 3 original full baths! The basement includes a rec room with a wet bar area equipped with a working small fridge, and a walkout also. Then you proceed over to more recreational space, a small room/office just off to the side, a laundry room with a walkout, more raw space for storage or additional living space, and utilities. Lots of options with all of this square footage. throughout the home you will find lots of storage, closets spaces, nooks and hiding spots! Over to the other side of the basement is the oversized one-car garage with workshop/counter space, a coal room, and another utility room with the boiler, well pump, and tank. The home is equipped with one well, two septic tanks. Part of the property has two pasture areas lined with wood fencing. One was recently used as a horse pasture. The home is minutes from Rte 30, York, Wrightsville, Columbia, and Lancaster. Eastern Sch District by the way! There is no HOA! Enjoy a large home and yard with an area for gardening, scenic views, and a super quiet setting! Selling AS IS, WHERE IT IS!

## Listing Office

| | | |
|---|---|---|
| Listing Agent: | Togy White (3236280) (Lic# RS334743) | (717) 793-9678 |
| Listing Agent Email: | twhite@homesale.com | |
| Broker of Record: | Mr. Gary Schlectic (3232771) Click for License | |
| Listing Office: | Berkshire Hathaway HomeServices Homesale Realty (HOMESALE014) (Lic# RB061 | |
| | 2600 Eastern Blvd, York, PA 17402 | |
| Office Manager: | Cheryl Yerger (3236098) | |
| Office Phone: | (717) 757-7811 | Office Fax: (717) 755-7561 |

## Directions
30 E, Take the exit toward PA-462/Hallam/Hallem, continue straight, Turn left onto Kreutz Creek Road, Continue straight to stay on Kreutz Creek Road, Continue straight onto Tracey School Road, Turn left onto Chimney Rock Road, Turn right onto Riverview Court, Destination will be on the left.

## Compensation
For more information about offers of compensation, see BrightMLS.com/offer-comp.

| | | | |
|---|---|---|---|
| Buyer Agency Comp: | 3% Of Gross | Sub Agency Comp: | 0% Of Gross |
| Transaction Broker: | 0% Of Gross | Dual/Var Comm: | No |

## Listing Details

| | | | |
|---|---|---|---|
| Original Price: | $264,900 | Owner Name: | EXECUTOR JENNIFER A SIEGFRIED OF THE SIEGFRIED TRUST |
| Vacation Rental: | No | | |
| Listing Agrmnt Type: | Exclusive Right | DOM / CDOM: | 3 / 3 |
| Prospects Excluded: | No | Listing Terms: | As is Condition |
| Listing Service Type: | Full Service | Original MLS Name: | BRIGHT |
| Dual Agency: | Yes | Off Market Date: | 09/14/23 |
| Sale Type: | Standard | Home Warranty: | No |
| Listing Term Begins: | 08/06/2023 | Documents Available: | Seller's Property Disclosure, Lead Paint Disclosure |
| Listing Entry Date: | 08/09/2023 | | |
| Possession: | Immediate, Negotiable, Settlement | Pets Allowed: | Yes |
| Acceptable Financing: | Cash, Conventional | Pet Restrictions: | No Pet Restrictions |
| Federal Flood Zone: | No | | |
| Disclosures: | Lead Based Paint - State, Prop Disclosure | | |

## Sale/Lease Contract

| | | | |
|---|---|---|---|
| Sell Team Name: | The Bridge Team | | |
| Selling Agent: | Nathan Krotzer (3236587) (Lic# AB068582) | | (717) 478-1573 |
| Selling Agent Email: | nkrotzer@remax.net | | |
| Selling Office: | RE/MAX Pinnacle (1094) (Lic# RO301486) | | |
| Responsible Broker: | Earl Shirk (3235057) (Lic# RM422859-PA) | | |
| | 424 Locust St, Wrightsville, PA 17368 | | |
| Office Phone: | (717) 569-2222 | | |
| Concessions: | No | | |
| Agreement of Sale Dt: | 08/11/23 | Close Date: | 09/14/23 |
| Close Sale Type: | Standard Sale | Close Price: | $275,000.00 |
| Buyer Financing: | Conventional | Last List Price: | $264,900.00 |

© BRIGHT MLS - Content is reliable but not guaranteed and should be independently verified (e.g., measurements may not be exact; visuals may be modified; school boundaries should be confirmed by school/district). Any offer of compensation is for MLS subscribers subject to Bright MLS policies and applicable agreements with other MLSs. Copyright 2023. Created: 12/12/2023 06:56 PM

**844 Elham Dr, York, PA 17406**   **Closed | 06/16/23**   **Residential**   🏠 **$303,000**





| | | |
|---|---|---|
| MLS #: | PAYK2038488 | |
| Tax ID #: | 35-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-00-00000 | |
| Ownership Interest: | Fee Simple | |
| Structure Type: | Detached | |
| Levels/Stories: | 1 | |
| Waterfront: | No | |
| Garage: | Yes | |

| | |
|---|---|
| Beds: | 3 |
| Baths: | 2 |
| Above Grade Fin SQFT: | 1,120 / Assessor |
| Assessor AbvGrd Fin SQFT: | 1,120 |
| Price / Sq Ft: | 270.54 |
| Year Built: | 1979 |
| Property Condition: | Excellent |
| Style: | Ranch/Rambler |
| Central Air: | Yes |
| Basement: | Yes |

## Location

| | |
|---|---|
| County: | York, PA |
| MLS Area: | Lower Windsor Twp - York County (15235) |
| Subdiv / Neigh: | NONE AVAILABLE |

School District: Eastern York

## Taxes and Assessment

| | |
|---|---|
| Tax Annual Amt / Year: | $4,137 / 2022 |
| School Tax: | $3,144 |
| County Tax: | $861 / Annually |
| City/Town Tax: | $162 / Annually |
| Clean Green Assess: | No |
| Zoning: | RESIDENTIAL |

| | |
|---|---|
| Tax Assessed Value: | $124,880 / 2023 |
| Land Use Code: | 101 |
| Section: | L WINDSO |
| Block/Lot: | 0010 |

## Rooms

| | Bed | Bath |
|---|---|---|
| Main | 3 | 2 Full |

## Building Info

| | |
|---|---|
| Above Grade Fin SQFT: | 1,120 / Assessor |
| Below Grade Fin SQFT: | 500 / Estimated |
| Total Below Grade SQFT: | 1,120 / Estimated |
| Total Fin SQFT: | 1,620 / Estimated |
| Tax Total Fin SQFT: | 1,120 |
| Total SQFT: | 2,240 / Estimated |
| Foundation Details: | Block |
| Basement Type: | Full |

| | |
|---|---|
| Construction Materials: | Frame, Masonry |
| Below Grade Unfin SQFT: | 620 / Estimated |

## Lot

| | |
|---|---|
| Lot Acres / SQFT: | 0.72a / 31250sf / Assessor |

## Parking

| | |
|---|---|
| Attached Garage - # of Spaces | 2 |
| **Total Parking Spaces** | **2** |
| Garage SqFt | 560 |

Features: Attached Garage, Garage Door Opener, Garage - Front Entry

## Interior Features

Interior Features: No Fireplace1; Accessibility Features: Level Entry - Main; Window Features: Double Hung

## Exterior Features

Exterior Features: Pool: No Pool

## Utilities

| Utilities: | Central A/C; Cooling Fuel: Electric; Heating: 90% Forced Air, Wood Burn Stove; Heating Fuel: Oil; Hot Water: Electric; Water Source: Well; Sewer: On Site Septic |

## Remarks

| Inclusions: | Refrigerator, Washer, Dryer, chest freezer, shed, dehumidifier, extension ladder, family room furniture, famiky room TV |

| Agent: | Showings will begin on Sunday's open house. Feel free to send your clients. Sellers will need a mid June settlement or rent-back. |

| Public: | Looking for a rancher with a large level lot in impeccable condtion? This 3 bed, 2 bath home in Eastern Schools may be just the ticket. Lovingly maintained by its original owners, you're sure to love the large kitchen, generous master bedroom with its own en-suite, cozy family room with wood stove, and private back yard . Stop by this Sunday between 1&4 for a tour. Sure to sell quickly, call for questions. |

## Listing Office

| Listing Agent: | Iva Berkebile (3236211) (Lic# RS329825) | (717) 318-0844 |
| Listing Agent Email: | ivaberk522@gmail.com | |
| Broker of Record: | Corinne Cavuto Heim (3174394) Click for License | |
| Listing Office: | Coldwell Banker Realty (GAUGHN03BR3) (Lic# RB067335) | |
| | 2451 Kingston Ct, York, PA 17402-3650 | |
| Office Manager: | Lisa Merisotis Myers (3236627) | |
| Office Phone: | (717) 757-2717 | Office Fax:(717) 757-2478 |
| Co-Listing Agent: | Dennis Berkebile (3236164) (Lic# RS302232) | (717) 332-3500 |
| Co-Listing Agent Email: | dberk828@comcast.net | |

## Directions

East Prospect Rd, left on Cannadochly, left on Elham, property on left

## Compensation

For more information about offers of compensation, see BrightMLS.com/offer-comp.

| Buyer Agency Comp: | 2.5% Of Gross | Sub Agency Comp: | $0 |
| Transaction Broker: | $0 | Dual/Var Comm: | Yes |

## Listing Details

| Original Price: | $274,900 | Owner Name: | Michael S & Keilani A Berkebile |
| Vacation Rental: | No | DOM / CDOM: | 6 / 6 |
| Listing Agrmnt Type: | Exclusive Right | Original MLS Name: | BRIGHT |
| Prospects Excluded: | No | Off Market Date: | 06/16/23 |
| Listing Service Type: | Full Service | Home Warranty: | No |
| Dual Agency: | Yes | | |
| Sale Type: | Standard | | |
| Listing Term Begins: | 03/23/2023 | | |
| Listing Entry Date: | 03/23/2023 | | |
| Possession: | 61-90 Days CD | | |
| Acceptable Financing: | Cash, Conventional, FHA, USDA, VA | | |
| Federal Flood Zone: | No | | |
| Disclosures: | Agent Related to Owner | | |

## Sale/Lease Contract

| Selling Agent: | Kimberly Eby (3235056) (Lic# 319578) | | (717) 380-7459 |
| Selling Agent Email: | kcmann@comcast.net | | |
| Selling Office: | Hostetter Realty (1129) (Lic# RB068165) | | |
| Responsible Broker: | Doug Byler (3234177) (Lic# RM-422882-PA) | | |
| | 5288 Lincoln Hwy, Gap, PA 17527 | | |
| Office Phone: | (717) 442-4114 | Office Fax: | (717) 442-4462 |
| Selling Office Email: | gap@hostetterrealty.com | | |
| Concessions: | No | | |
| Agreement of Sale Dt: | 03/28/23 | Close Date: | 06/16/23 |
| Close Sale Type: | Standard Sale | Close Price: | $303,000.00 |
| Buyer Financing: | Conventional | Last List Price: | $274,900.00 |

© BRIGHT MLS - Content is reliable but not guaranteed and should be independently verified (e.g., measurements may not be exact; visuals may be modified; school boundaries should be confirmed by

school/district). Any offer of compensation is for MLS subscribers subject to Bright MLS policies and applicable agreements with other MLSs. Copyright 2023. Created: 12/12/2023 06:56 PM





**Susan Hilterbrick**
House Broker Realty LLC
Office Ph: (717) 757-9999
Ph: (717) 860-9886

# Subject Property

1148 Canadochly Rd
York, PA 17406



| **Location** | | **Lot** | | | |
|---|---|---|---|---|---|
| County: | **York, PA** | Acres: | **2.13** | Waterfront: | **No** |
| MLS Area: | **Lower Windsor Twp - York County (15235)** | Water Source: | **Well** | Waterview: | **No** |
| School District: | **Eastern York** | Sewer: | **Septic Exists** | | |
| Subdivision: | **LOWER WINDSOR** | | | | |

## Building

| Property Type: | **Residential** | Heating: | **Yes/Forced Air / Oil** | Year Built: | **1959** |
|---|---|---|---|---|---|
| Structure Type: | **Detached** | Cooling Type: | **Central A/C** | Above Grade Fin SQFT: | **1,805** |
| Style: | **Ranch/Rambler** | Fireplaces: | **3** | Below Grade Fin SQFT: | **240** |
| Levels: | **1** | Basement Type: | **Partial** | Total Fin SQFT: | **1,805** |
| Bedrooms: | **3** | | | Total SQFT: | **1,805** |
| Full/Half Baths: | **1 / 1** | | | Price per SQFT: | **$101.66** |
| Property Condition: | **Average** | | | | |

## Listing and Selling Information

**Days on Market / Taxes**

| MLS #: | **1003358141** | Zoning: | **Agricultural** | Days on Market: | **125** |
|---|---|---|---|---|---|
| Tax ID #: | **6735000JL01150000000** | | | Tax Assessed Value: | **$130,140** |
| Ownership Interest: | **Fee Simple** | | | | |

©2023 Bright MLS, Inc. All rights reserved.
Information not guaranteed

Researched and prepared by **Susan Hilterbrick**
House Broker Realty LLC


**Susan Hilterbrick**
House Broker Realty LLC
Office Ph: (717) 757-9999
Ph: (717) 880-9886

# Pricing Recommendation

**General Facts About Pricing...**

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

**Market Statistics...**

| Closed Price Statistics | | Closed Price Per Sq. Ft. Statistics | |
|---|---|---|---|
| **Average Price:** | $277,400 | **Average Price/Sq Ft:** | $173 |
| **High Price:** | $316,100 | **High Price/Sq Ft:** | $282 |
| **Median Price:** | $268,900 | **Median Price/Sq Ft:** | $155 |
| **Low Price:** | $255,800 | **Low Price/Sq Ft:** | $99 |

Figures are based on closed price after adjustments, and rounded to the nearest $100.

**Summary...**

After analyzing your property, comparable properties on the market now, recent sales and comparable properties that failed to sell, I conclude that in the current market, your property is most likely to sell for .

Subject property has a variety of projects that are not completed. There is exposed subfloor in the main living area, as well as the foyer entry. The floor plan is not an open plan. Much of the acreage is not usable as it is a steep downward hill to the rear of the home. Opinion of fair market value, as is, in current market conditions - $225,000 to $240,000.

Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.

©2023 Bright MLS, Inc. All rights reserved.
Information not guaranteed.

Researched and prepared by **Susan Hilterbrick**
House Broker Realty LLC

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard Eugene Luckabaugh** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | 1:23-bk-02615 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Rest Haven Cemetery Co-owned with Donna Wright, ex-girlfriend)<br>Value per Debtor**<br>Line from *Schedule A/B*: **1.2** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2004 Harley Davidson Sportster 883 8,000 miles<br>Vehicle is currently not running.<br>Value per Debtor.**<br>Line from *Schedule A/B*: **3.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **1999 Ford Ranger 250,000 miles<br>Vehicle is currently running and inspected but not roadworthy.<br>Value per Debtor**<br>Line from *Schedule A/B*: **3.2** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Furniture, appliances, riding mower, tools, and miscellaneous household goods**<br>Line from *Schedule A/B*: **6.1** | $2,700.00 | ■ $2,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 **Richard Eugene Luckabaugh** | | Case number (if known) **1:23-bk-02615** | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | $400.00 | ■               $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Guitar**<br>Line from *Schedule A/B*: **9.1** | $13.50 | ■               $13.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Men's clothing**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■               $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Dog and cat**<br>Line from *Schedule A/B*: **13.1** | $100.00 | ■               $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **checking: Members First Federal Credit Union**<br>Line from *Schedule A/B*: **17.1** | $1,308.71 | ■           $1,308.71<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **savings: Members First Federal Credit Union**<br>Line from *Schedule A/B*: **17.2** | $5.00 | ■               $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

Debtor 1 **Richard Eugene Luckabaugh**
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number **1:23-bk-02615**
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List All Secured Claims

| | Column A | Column B | Column C |
|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | **PennyMac Loan Services, LLC** | | $215,368.00 | $225,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Correspondence Unit**
**PO Box 514387**
**Los Angeles, CA 90051**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**1148 Canadochly Road York, PA 17406  York County**
**Value per market analysis - see attached.**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **Opened 12/14  Last Active 4/12/23**

**Last 4 digits of account number**   **9383**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $215,368.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $215,368.00 |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[  ]      Name, Number, Street, City, State & Zip Code
         **KML Law Group PC**                                      On which line in Part 1 did you enter the creditor?    **2.1**
         **701 Market Street**
         **Suite 5000**                                            Last 4 digits of account number ___
         **Philadelphia, PA 19106**

| | |
|---|---|
| Debtor 1 | **Richard Eugene Luckabaugh** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:23-bk-02615** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number _____ | $9,712.00 | $0.00 | $9,712.00 |

| | |
|---|---|
| Priority Creditor's Name | |
| **PO Box 7346** | When was the debt incurred?    **Federal taxes** |
| **Philadelphia, PA 19101-7346** | |
| Number Street City State Zip Code | |
| **Who incurred the debt?** Check one. | As of the date you file, the claim is: Check all that apply |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of PRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Domestic support obligations |
| **Is the claim subject to offset?** | ■ Taxes and certain other debts you owe the government |
| ■ No | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ Yes | ☐ Other. Specify _____ |
| | **2021 - $3,082.00** |
| | **2022 - $6,630.00** |

| 2.2 | **Pennsylvania Department of Revenue** | Last 4 digits of account number | **$2,370.00** | **$0.00** | **$2,370.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**PO Box 280946**
**Harrisburg, PA 17128**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2021 - $906.00**
**2022 - $1,464.00**

---

| 2.3 | **York Adams Tax Bureau** | Last 4 digits of account number | **$662.00** | **$662.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**PO Box 15627**
**York, PA 17405**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2021 - $268.00**
**2022 - $394.00**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **Bureau of Account Management** | Last 4 digits of account number   **2718** | **$406.00** |

Nonpriority Creditor's Name
**PO Box 8875**
**Camp Hill, PA 17001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bill <<<Disputed - beyond statute of limitations>>>**

---

| 4.2 | **CitiFinancial** | Last 4 digits of account number   **0904** | **$6,398.12** |

Nonpriority Creditor's Name
**c/o Resurgent Capital Services**
**PO Box 19008**
**Greenville, SC 29602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **<<<Disputed - beyond statute of limitations>>>**

---

| 4.3 | **Lower Windsor Township** | Last 4 digits of account number   **2222** | **$22.00** |

Nonpriority Creditor's Name
**c/o Dawn Fitch**
**57 New Bridgeville Road**
**Wrightsville, PA 17368**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Per Capita and Occupation Taxes**

---

| 4.4 | **MedCare Susquehanna Valley** | Last 4 digits of account number | | | $52.38 |

Nonpriority Creditor's Name
**381 Independence Avenue, Suite 106**
**Mechanicsburg, PA 17055**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify **<<<Disputed - beyond statute of limitations>>>**

---

| 4.5 | **Members First Federal Credit Union** | Last 4 digits of account number | **HN2R** | | $1,164.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Deptartment**
**5000 Louise Drive**
**Mechanicsburg, PA 17055**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify **<<<Disputed - beyond statute of limitations>>>**

---

| 4.6 | **Michael S. Travis, Esquire** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name
**3904 East Trindle Road**
**Camp Hill, PA 17011**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify **Attorneys fees**

| | | | |
|---|---|---|---|
| 4.7 | **Peerless Credit Services** | **Last 4 digits of account number**  **7143** | **$653.00** |

Nonpriority Creditor's Name
**PO Box 518**
**Middletown, PA 17057**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **<<<Disputed - beyond statute of limitations>>>**

---

| | | | |
|---|---|---|---|
| 4.8 | **Pinnacle Health Emergency Serv** | **Last 4 digits of account number** | **$226.00** |

Nonpriority Creditor's Name
**PO Box 120153**
**Grand Rapids, MI 49528**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **<<<Disputed - beyond statute of limitations>>>**

---

| | | | |
|---|---|---|---|
| 4.9 | **Progressive Preferred Insurance Com** | **Last 4 digits of account number**  **2665** | **$0.00** |

Nonpriority Creditor's Name
**3950 Hartzdale Drive**
**Camp Hill, PA 17011**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **<<<Disputed - beyond statute of limitations>>>**

---

---

**4.10**

**SIMM Associates**
Nonpriority Creditor's Name
**800 Pencader Drive**
**Newark, DE 19702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **6140**        $52.38

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **<<<Disputed - beyond statute of limitations>>>**

---

**4.11**

**Susquehanna Valley EMS**
Nonpriority Creditor's Name
**126 Keller Avenue**
**Lancaster, PA 17601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    _____        $653.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **<<<Disputed - beyond statute of limitations>>>**

---

**4.12**

**UPMC**
Nonpriority Creditor's Name
**PO Box 2353**
**Harrisburg, PA 17105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    _____        $912.22

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **<<<Disputed - beyond statute of limitations>>>**

---

| 4.1 3 | |
|---|---|

**Wellspan Physician Billing**

Nonpriority Creditor's Name

**PO Box 742641**
**Cincinnati, OH 45274**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$66.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **<<<Disputed - beyond statute of limitations>>>**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**CCS**
**Green Collection Services**
**725 Canton Street**
**Norwood, MA 02062**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):       ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Commercial Acceptance Company**
**2300 Gettysburg Road**
**Suite 102**
**Camp Hill, PA 17011-7303**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):       ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ | 12,744.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | 12,744.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 10,605.10 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 10,605.10 |

**Fill in this information to identify your case:**

Debtor 1     **Richard Eugene Luckabaugh**
First Name     Middle Name     Last Name

Debtor 2
(Spouse if, filing)     First Name     Middle Name     Last Name

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF PENNSYLVANIA

Case number     **1:23-bk-02615**
(if known)

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br><br> Number   Street <br><br> City    State    ZIP Code | |
| **2.2** <br> Name <br><br> Number   Street <br><br> City    State    ZIP Code | |
| **2.3** <br> Name <br><br> Number   Street <br><br> City    State    ZIP Code | |
| **2.4** <br> Name <br><br> Number   Street <br><br> City    State    ZIP Code | |
| **2.5** <br> Name <br><br> Number   Street <br><br> City    State    ZIP Code | |

| | |
|---|---|
| Debtor 1 | **Richard Eugene Luckabaugh** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | 1:23-bk-02615 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| **3.1** <br> Name <br><br> Number   Street <br> City      State      ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** <br> Name <br><br> Number   Street <br> City      State      ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Fill in this information to identify your case:

Debtor 1 __Richard Eugene Luckabaugh__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number __1:23-bk-02615__
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 0.00 | $ N/A |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ N/A |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.   $ 0.00   $ N/A

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.     7.   $ 0.00   $ N/A

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 1,444.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **Food stamps (estimated)** | 8f. | $ 281.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: **Estimated future income from side jobs (net)** | 8h.+ | $ 1,300.00 + | $ N/A |
| **Non filing girlfriend's social security/pension** | | $ 1,370.02 | $ N/A |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.   $ 4,395.02   $ N/A

**10. Calculate monthly income.** Add line 7 + line 9.     10.   $ 4,395.02 +  $ N/A  =  $ 4,395.02
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____     11.   +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies     12.   $ 4,395.02
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:   **Debtor's girlfriend moved in with him shortly after filing. Accordingly, there is no contribution to include on the Means Test.**

**Debtor began receiving food stamps and assistance from Liheap in early 2023. He needs to recertify his income and it is unclear whether or not he will be eligible to continue receiving same based on his household income.**

Case 1:23-bk-02615-HWV     Doc 18    Filed 01/16/24    Entered 01/16/24 09:01:45    Desc
Main Document      Page 44 of 64

Debtor 1 **Richard Eugene Luckabaugh**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number **1:23-bk-02615**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2. ☑ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Girlfriend** | **64** | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.
       4. $ **1,356.19**

   **If not included in line 4:**

   4a. Real estate taxes     4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance     4b. $ **0.00**
   4c. Home maintenance, repair, and upkeep expenses     4c. $ **100.00**
   4d. Homeowner's association or condominium dues     4d. $ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans     5. $ **0.00**

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 300.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. | Other. Specify:  **Cell phone** | 6d. | $ | 118.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 800.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 150.00 |
| 10. | **Personal care products and services** | | 10. | $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 5.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 200.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 80.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify:  **Cigarettes** | | 21. | +$ | 100.00 |
| | **Pet care** | | | +$ | 100.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 3,659.19 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 3,659.19 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 4,395.02 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 3,659.19 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 735.83 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.   Explain here: **Debtor's girlfriend moved in with him in August 2023.**

**In 2023 Debtor received assistance from Liheap and was not responsible to pay his electric bill. Debtor has to recertify his income in early 2024 and it is believed that the will lose this benefit or it will be substantially reduced due to household income. Line 6a includes his estimated expense for electric as well as his oil for heat.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard Eugene Luckabaugh** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:23-bk-02615** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Richard Eugene Luckabaugh** | X _____ |
|---|---|
| **Richard Eugene Luckabaugh** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date **January 10, 2024** | Date _____ |

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard Eugene Luckabaugh** |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | 1:23-bk-02615 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
■ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2022 ) | ☐ Wages, commissions, bonuses, tips | **$33,971.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2021 )** | ☐ Wages, commissions, bonuses, tips | $20,571.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security** | $15,844.00 | | |
| | **Food stamps (estimated)** | $3,091.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐   No.   Go to line 7.

☐   Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

■   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■   No.   Go to line 7.

☐   Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **PennyMac Loan Services, LLC, Plaintiff vs. Richard E. Luckabaugh, Defendant 2019-SU-1456** | **Civil - Mortgage Foreclosure** | **Court of Common Pleas - York County 45 North George Street York, PA 17401** | ■ Pending ☐ On appeal ☐ Concluded **Foreclosure complaint served October 16, 2023** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---------|--------------------------------------|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ■ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ■ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

| Part 6: | List Certain Losses |
|---------|---------------------|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ■ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 7: | List Certain Payments or Transfers |
|---------|-------------------------------------|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Imblum Law Offices PC**<br>**4615 Derry Street**<br>**Harrisburg, PA 17111**<br>gary.imblum@imblumlaw.com | **Attorney Fees** | **Retainer fee in the amount of $1,495.00 includes the following costs: tri-merge credit report, credit counseling, filing fee, and debtor education.** | $1,495.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23.  Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25.  Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Lucky 1, LLC<br>1148 Canadochly Road<br>York, PA 17406 | Electrical<br><br>n/a | EIN: 87-3659363<br><br>From-To Client registered name but never conducted business |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**

☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Richard Eugene Luckabaugh _____         _____
**Richard Eugene Luckabaugh**                               **Signature of Debtor 2**
**Signature of Debtor 1**

Date  **January 10, 2024** _____         Date  _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1 **Richard Eugene Luckabaugh**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number **1:23-bk-02615**
(if known)

</td></tr>
</table>

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**10/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:** **Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you $ 0.00

For your spouse $

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00    $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| **Food stamps** | $ 281.00 | $ |
|---|---|---|
|  | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 281.00 + $ = $ 281.00

**Total average monthly income**

---

**Part 2:    Determine How to Measure Your Deductions from Income**

---

12. **Copy your total average monthly income from line 11.** ............................................................... $ 281.00

13. **Calculate the marital adjustment.** Check one:

■ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

$

$

+ $

Total    $ 0.00    Copy here=>    - 0.00

14. **Your current monthly income.** Subtract line 13 from line 12.    $ 281.00

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=> ........................................................................................    $ 281.00

| | |
|---|---|
| Multiply line 15a by 12 (the number of months in a year). | **x 12** |
| 15b. The result is your current monthly income for the year for this part of the form. ........................................... | $ **3,372.00** |

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.    **PA**

16b. Fill in the number of people in your household.    **1**

16c. Fill in the median family income for your state and size of household.    $ **64,277.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ■ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

18. **Copy your total average monthly income from line 11 .**    $ **281.00**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a.    -$ **0.00**

19b. **Subtract line 19a from line 18.**    $ **281.00**

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b    $ **281.00**

Multiply by 12 (the number of months in a year).    **x 12**

20b. The result is your current monthly income for the year for this part of the form    $ **3,372.00**

20c. Copy the median family income for your state and size of household from line 16c    $ **64,277.00**

21. **How do the lines compare?**

■ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X /s/ Richard Eugene Luckabaugh** _____
**Richard Eugene Luckabaugh**
Signature of Debtor 1

Date    **January 10, 2024** _____
MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation | |
|---|---|---|
| $245 | filing fee | |
| $78 | administrative fee | |
| + $15 | trustee surcharge | |
| $338 | total fee | |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Richard Eugene Luckabaugh**      Case No.   **1:23-bk-02615**

Debtor(s)      Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **see 5d below** |
| Prior to the filing of this statement I have received | $ | **1,102.00** |
| Balance Due | $ | **see 5d below** |

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

   **(Lodestar) SUPPLEMENT TO NUMBER 1, ABOVE:**

   **Debtor's counsel will keep a record of all time invested in this case by counsel and paralegals. The hourly rate for Debtor's counsel is $295.00 per hour, the hourly rate for associate counsel is $235.00 per hour and the hourly rate for paralegal time is $135.00 per hour through December 31, 2023. Effective January 1, 2024, Debtor's counsel will bill attorney's time at $345.00 per hour, associates time at $285.00 per hour and paralegal time at $175.00 per hour. These hourly rates are subject to revision at the end of each calendar year.**

   **In addition to fees, Debtor(s) will be responsible for expenses, including photo copying, travel (where applicable), postage, court costs, filing fees, and similar expenses which are incurred by counsel in the course of performing services for the Debtor(s).**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____      */s/ Gary J. Imblum*
*Date*      **Gary J. Imblum**
     *Signature of Attorney*
     **Imblum Law Offices PC**
     **4615 Derry Street**
     **Harrisburg, PA 17111**
     **717-238-5250  Fax: 717-558-8990**
     **gary.imblum@imblumlaw.com**
     *Name of law firm*

**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re   **Richard Eugene Luckabaugh**        Case No.   **1:23-bk-02615**

                 Debtor(s)       Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **January 10, 2024**            **/s/ Richard Eugene Luckabaugh**

                                          **Richard Eugene Luckabaugh**
                                          Signature of Debtor