**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

January 31, 2024

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Richard Eugene Luckabaugh
Chapter 13 - Bankruptcy Case No. 1:23-bk-02615

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

Pinnacle Health Emergency Serv
4300 Londonderry Road
Harrisburg, PA 17109

The Creditor's <u>previous</u> address was as follows:

Pinnacle Health Emergency Serv
PO Box 120153
Grand Rapids, MI 49528

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/bd