UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: RICHARD EUGENE LUCKABAUGH<br>Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| vs. | : | |
| RICHARD EUGENE LUCKABAUGH<br>Respondents | : | CASE NO. 1-23-bk-02615 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 7th day of March, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' and for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The debtor is unable to make payments under the plan, contrary to § 1325(a)(6).

2. The debtor has not demonstrated that all tax returns have been filed as required by § 1325(a)(9). 2019 and 2020 Local (York) and 2020 Federal.

3. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

    a. Six-month Profit and Loss Statement, or some sort of proof from "side job" income.

WHEREFORE, Trustee alleges and avers that debtor(s)' plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 14th day of March, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA 17111

/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee