United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                              Case No. 23-02615-HWV
Richard Eugene Luckabaugh                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                                                  Page 1 of 2
Date Rcvd: May 17, 2024                      Form ID: pdf010                                       Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: camanagement@mtb.com | May 17 2024 18:32:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5587507 | Email/Text: camanagement@mtb.com | May 17 2024 18:32:00 | M&T BANK, PO Box 844, Buffalo, NY 14240 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2024                            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:

**Name**                 **Email Address**

Gary J Imblum
     on behalf of Debtor 1 Richard Eugene Luckabaugh gary.imblum@imblumlaw.com
     gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos
     TWecf@pamd13trustee.com

Michael Patrick Farrington
     on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com

United States Trustee
     ustpregion03.ha.ecf@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**RICHARD EUGENE LUCKABAUGH**<br>a/k/a LUCKY LUCKABAUGH<br>a/k/a/RICH LUCKABAUGH<br>    Debtor | : CASE NO. 1:23-bk-02615-HWV<br>:<br>: CHAPTER 13<br>:<br>: |
| **RICHARD EUGENE LUCKABAUGH**<br>a/k/a LUCKY LUCKABAUGH<br>a/k/a RICH LUCKABAUGH<br>    Objectant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| **M&T BANK**<br>    Claimant | :<br>: |

## ORDER

Upon consideration of the Debtors' Objection to Proof of Claim of M&T Bank, claim number 2, Doc. 34, it is

**ORDERED** that the Objection is **SUSTAINED** and M&T Bank's Claim is disallowed in its entirety.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 17, 2024