United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-02615-HWV
Richard Eugene Luckabaugh  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: May 23, 2024      Form ID: ntcnfhrg      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Eugene Luckabaugh, 1148 Canadochly Road, York, PA 17406-8683 |
| 5578714 | + | Lower Windsor Township, c/o Dawn Fitch, 57 New Bridgeville Road, Wrightsville, PA 17368-9093 |
| 5578715 | + | MedCare Susquehanna Valley, 381 Independence Avenue, Suite 106, Mechanicsburg, PA 17055-6105 |
| 5578717 | + | Michael S. Travis, 3904 Trindle Road, Camp Hill, PA 17011-4246 |
| 5578718 | + | Michael S. Travis, Esquire, 3904 East Trindle Road, Camp Hill, PA 17011-4246 |
| 5578719 | | Peerless Credit Services, 1100 Spring Garden Drive, Ste D, Middletown, PA 17057-3230 |
| 5578722 | + | Pinnacle Health Emergency Serv, PO Box 88087, Chicago, IL 60680-1087 |
| 5578725 | | Susquehanna Valley EMS, 2821 SW 17TH PL, CAPE CORAL FL 33914-4016 |
| 5578726 | + | UPMC, PO Box 2353, Harrisburg, PA 17105-2353 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5578709 | + | Email/Text: Bankruptcy@BAMcollections.com | May 23 2024 18:46:00 | Bureau of Account Management, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5578710 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 23 2024 18:47:00 | CCS, Green Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5578711 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2024 18:55:02 | CitiFinancial, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5578712 | | Email/Text: dylan.succa@commercialacceptance.net | May 23 2024 18:46:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5578707 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 23 2024 18:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5578713 | ^ | MEBN | May 23 2024 18:41:48 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5587507 | | Email/Text: camanagement@mtb.com | May 23 2024 18:47:00 | M&T BANK, PO Box 844, Buffalo, NY 14240 |
| 5578716 | + | Email/Text: unger@members1st.org | May 23 2024 18:47:00 | Members First Federal Credit Union, Attn: Bankruptcy Deptartment, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5578708 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 23 2024 18:47:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5587671 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2024 18:55:02 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5578720 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 23 2024 18:47:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5578721 | + | Email/PDF: ebnotices@pnmac.com | May 23 2024 18:55:02 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5590435 | + | Email/PDF: ebnotices@pnmac.com | May 23 2024 18:55:06 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5578724 | + | Email/PDF: clerical@simmassociates.com | May 23 2024 18:55:01 | SIMM Associates, 800 Pencader Drive, Newark, DE 19702-3354 |
| 5589700 | + | Email/Text: kcm@yatb.com | May 23 2024 18:46:00 | York Adams Tax Bureau, PO Box 15627, York, PA 17405-0156 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5578723 | | Progressive Preferred Insurance Com, Removed per entry 25 |
| 5578727 | | Wellspan Physician Billing, Removed per entry 24. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Gary J Imblum | on behalf of Debtor 1 Richard Eugene Luckabaugh gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard Eugene Luckabaugh,             Chapter     13
aka Lucky Luckabaugh, aka Rich Luckabaugh,

**Debtor 1**             Case No.     1:23−bk−02615−HWV

## Notice

The hearing on confirmation of the Amended Plan of reorganization of Debtor 1 is rescheduled for the date indicated below.

**May 15, 2024** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: May 29, 2024<br>Time: 09:30 AM |

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CynthiaBoyle, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 23, 2024 |

ntcnfhrg (08/21)