# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1:23-bk-02615 HWV |
|---|---|
| RICHARD EUGENE LUCKABAUGH, AKA LUCKY LUCKABAUGH, AKA RICH LUCKABAUGH | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/10/2025, I did cause a copy of the following documents, described below,

Order Confirming 1st Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/10/2025

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111
717 238 5250
sharlene.miller@imblumlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>RICHARD EUGENE LUCKABAUGH, AKA LUCKY LUCKABAUGH, AKA RICH LUCKABAUGH | CASE NO: 1:23-bk-02615 HWV<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 1/10/2025, a copy of the following documents, described below,

Order Confirming 1st Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/10/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard Eugene Luckabaugh,           Chapter     13
aka Lucky Luckabaugh, aka Rich Luckabaugh,

**Debtor 1**           Case No.     1:23−bk−02615−HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on April 15, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 10, 2025

orcnfpln(05/18)

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 123-BK-02615 HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>FRI JAN 10 11-0-49 PST 2025 | ~~(U)PENNYMAC LOAN SERVICES LLC~~ | ~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ |
| BUREAU OF ACCOUNT MANAGEMENT<br>PO BOX 8875<br>CAMP HILL PA 17001-8875 | CCS<br>GREEN COLLECTION SERVICES<br>725 CANTON STREET<br>NORWOOD MA 02062-2679 | CITIFINANCIAL<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 |
| COMMERCIAL ACCEPTANCE COMPANY<br>2300 GETTYSBURG ROAD<br>SUITE 102<br>CAMP HILL PA 17011-7303 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| LOWER WINDSOR TOWNSHIP<br>CO DAWN FITCH<br>57 NEW BRIDGEVILLE ROAD<br>WRIGHTSVILLE PA 17368-9093 | (P)MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MEDCARE SUSQUEHANNA VALLEY<br>381 INDEPENDENCE AVENUE SUITE 106<br>MECHANICSBURG PA 17055-6105 |
| MEMBERS FIRST FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPTARTMENT<br>5000 LOUISE DRIVE<br>MECHANICSBURG PA 17055-4899 | MICHAEL S TRAVIS<br>3904 TRINDLE ROAD<br>CAMP HILL PA 17011-4246 | MICHAEL S TRAVIS ESQUIRE<br>3904 EAST TRINDLE ROAD<br>CAMP HILL PA 17011-4246 |
| PA DEPT OF REVENUE<br>ATTN BANKRUPTCY DIVISION<br>DEPT 280946<br>HARRISBURG PA 17128-0946 | PYOD LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 | PEERLESS CREDIT SERVICES<br>1100 SPRING GARDEN DRIVE STE D<br>MIDDLETOWN PA 17057-3230 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | PENNYMAC LOAN SERVICES LLC<br>ATTN CORRESPONDENCE UNIT<br>PO BOX 514387<br>LOS ANGELES CA 90051-4387 | PENNYMAC LOAN SERVICES LLC<br>PO BOX 2410<br>MOORPARK CA 93020-2410 |
| PINNACLE HEALTH EMERGENCY SERV<br>PO BOX 88087<br>CHICAGO IL 60680-1087 | ~~EXCLUDE~~<br>~~(U)PROGRESSIVE PREFERRED INSURANCE COM~~<br>~~REMOVED PER ENTRY 25~~ | SIMM ASSOCIATES<br>800 PENCADER DRIVE<br>NEWARK DE 19702-3354 |
| SUSQUEHANNA VALLEY EMS<br>2821 SW 17TH PL<br>CAPE CORAL FL 33914-4016 | UPMC<br>PO BOX 2353<br>HARRISBURG PA 17105-2353 | UNITED STATES TRUSTEE<br>US COURTHOUSE<br>1501 N 6TH ST<br>HARRISBURG PA 17102-1104 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~

~~(U)WELLSPAN PHYSICIAN BILLING~~
~~REMOVED PER ENTRY 24~~

YORK ADAMS TAX BUREAU
PO BOX 15627
YORK PA 17405-0156

~~EXCLUDE~~

~~GARY J IMBLUM~~
~~IMBLUM LAW OFFICES PC~~
~~4615 DERRY STREET~~
~~HARRISBURG PA 17111-2660~~

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

RICHARD EUGENE LUCKABAUGH
1148 CANADOCHLY ROAD
YORK PA 17406-8683