UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD EUGENE LUCKABAUGH
AKA: LUCKY LUCKABAUGH, RICH LUCKABAUGH

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CASE NO: 1-23-02615-HWV

RICHARD EUGENE LUCKABAUGH
AKA: LUCKY LUCKABAUGH, RICH LUCKABAUGH

Respondent(s)

**CERTIFICATION OF DEFAULT**

AND NOW on November 18, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan

As of November 18, 2025, the Debtor(s) is/are $800.00 in arrears a plan payment having last been made on July 25, 2025.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated: November 18, 2025

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RICHARD EUGENE LUCKABAUGH<br>AKA: LUCKY LUCKABAUGH, RICH LUCKABAUGH<br><br>Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-23-02615-HWV |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 18, 2025, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA 17111-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
RICHARD EUGENE LUCKABAUGH
1148 CANADOCHLY ROAD
YORK PA 17406

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 18, 2025

/s/ Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com