UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  RICHARD EUGENE LUCKABAUGH,  :
                                    :  CHAPTER 13
        Debtor                      :
                                    :
        JACK N. ZAHAROPOULOS         :
        STANDING CHAPTER 13 TRUSTEE  :
          Movant                     :
                                    :
          vs.                        :
                                    :
        RICHARD EUGENE LUCKABAUGH,   :
          Respondent                 :  CASE NO.   1-23-BK-02615-HWV


<u>WITHDRAWAL OF CERTIFICATE OF DEFAULT</u>

AND NOW, this 19th day of November 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that The Certificate of Default filed on or about November 18, 2025, be withdrawn as all issues have been resolved.


Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 19th day of November 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

RICHARD EUGENE LUCKABAUGH
1148 CANADOCHLY ROAD
YORK, PA 17406

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111-

/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee