IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RICHARD EUGENE LUCKABAUGH | : | CASE NO. 1:23-bk-02615-HWV |
| a/k/a LUCKY LUCKABAUGH, | : | |
| a/k/a RICH LUCKABAUGH | : | |
|     Debtor | : | CHAPTER 13 |
| | : | |
| PENNYMAC LOAN SERVICES, LLC | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD EUGENE LUCKABAUGH | : | |
| JACK N. ZAHAROPOULOS | : | |
|     Respondents | : | |

### DEBTORS' RESPONSE TO MOTION OF
### PENNYMAC LOAN SERVICES, LLC
### FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** come Debtor, Richard Eugene Luckabaugh, by and through his attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted in part and denied in part. Debtor has no knowledge as to the holder of the mortgage. Strict proof is demanded.

5. Admitted.

6. Admitted in part and denied in part. Debtor made a payment in January which is not credited on the payment history. He will make an offer in the near future to bring the remaining arrearage current.

7. Admitted in part and denied in part. See response to paragraph 6.

8. Admitted in part and denied in part. Debtor has no knowledge as to the current pay off of the loan. Strict proof is demanded.

9. Denied. Debtor is providing adequate protection through post-petition payments. To the extent that the post-petition payments are in arrears, Debtor will make an offer in the near future to bring same current.

10. Admitted in part and denied in part. Any and all fees and costs related to this matter should be settled as part of a resolution of the Motion for Relief from Stay.

11. Denied. See response to paragraph 10.

**WHEREFORE**, Debtor/s respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

_____
Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: 2/9/26

## CERTIFICATION OF SERVICE

I, Sharlene R. Miller, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF PENNYMAC LOAN SERVICES, LLC FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

MATTHEW FISSEL, ESQUIRE
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

*Sharlene R. Miller*

Sharlene R. Miller, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtors

DATED: 2/10/2026